UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:

NAZIRA ZAIDOVA,

           Plaintiff,

vs.

DEBT RECOVERY SOLUTIONS, LLC,
   a foreign corporation,

           Defendant.
_____/

## COMPLAINT FOR VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT
(Jury Demand)

### Introduction

1. This is an action for actual and statutory damages brought by NAZIRA ZAIDOVA, an individual consumer, for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### Jurisdiction

2. This Court has jurisdiction according to 28 U.S.C. §§ 1331 and 1337(a), and 15 U.S.C. § 1692k(d).

### Venue

3. Venue is proper according to 28 U.S.C. §1391 because the conduct complained of occurred here and Defendant transacts business in this federal district.

### Parties

4. Plaintiff NAZIRA ZAIDOVA, is a natural person residing at all relevant times in Broward County, Florida.

5. Plaintiff is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

6. Defendant DEBT RECOVERY SOLUTIONS, LLC, is a foreign corporation with its principal place of business in Westbury, New York.

7. Defendant is in the business of collecting debts, for which it uses the mails and telephone, and it regularly attempts to collect debts alleged to be due another.

8. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

9. The alleged debt Defendant sought to collect was a "consumer debt" as defined by the FDCPA, 15 U.S.C. § 1692a(5).

10. At all times material to the allegations of this Complaint, Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

11. With respect to the "Congressional findings and declaration of purpose" portion of the FDCPA, the United States Congress has declared at 15 U.S.C. § 1692:

> *(a) Abusive practices*
> There is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to the number of bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.
>
> *(b) Inadequacy of laws*
> Existing laws and procedures for redressing these injuries are inadequate to protect consumers.

### Factual Allegations

12. Defendant seeks to collect upon an alleged debt from Plaintiff arising out of a Sprint PCS account, which was an account used by Plaintiff for personal, family, or household purposes ("Sprint PCS debt").

13. During the 12-month period September 2011 to September 2012, Defendant mailed a series of collection letters to Plaintiff demanding payment of the Sprint PCS debt in the amount of $427.38. The four letters, dated September 28, 2011; May 8, 2012;

July 26, 2012; and September 7, 2012 are attached as Exhibits 1-4, respectively (hereafter, "collection letters.")

14. The collection letters were received by Plaintiff at her residence in Fort Lauderdale, Florida.

15. The Defendant attempted to collect the debt by offering to accept reduced amounts ranging from $277.80 to $320.54, if payment was received by the defendant in less than thirty days.

16. Plaintiff made her last payment on the Sprint PCS debt in July 2005. The Sprint PCS debt is more than five years old, and thus Defendant's attempts to collect on the alleged debt are barred by the statute of limitations.

## COUNT I-FAIR DEBT COLLECTION PRACTICES ACT

17. Plaintiff incorporates Paragraphs 1 through 16 as though they were fully realleged herein.

18. Defendant's FDCPA violations include, but are not limited to, the following:

    A. Falsely representing the character, amount, or legal status of a debt in violation of 15 U.S.C. § 1692e(2)(A) by collecting on a time-barred debt; and

    B. Falsely representing the character, amount or legal status of a debt in violation of 15 U.S.C. § 1692e(2)(A) by extending reduced settlement amounts and indicating the offer to accept a reduced amount would only be available for a period of thirty days, when in fact the offer was extended repeatedly over at least a one-year time period.

    C. Using unfair debt collection practices by attempting to collect on time-barred debts and by communicating settlement offers that would only be available

for 30 days when in fact the offers remained open for more than one year, in violation of 15 U.S.C. § 1692f(1).

19. As a result of the foregoing violations of the FDCPA, Defendant is liable to Plaintiff for a declaratory judgment that Defendant's conduct violated the FDCPA, actual damages, costs and attorney fees.

WHEREFORE, Plaintiff requests a jury trial and that judgment be entered against Defendant for the following:

A. Declaratory judgment that Defendant's conduct violated the FDCPA;

B. Actual damages;

C. Statutory damages pursuant to 15 U.S.C. 1692k;

D. Costs and reasonable attorney fees pursuant to 15 U.S.C. 1692k; and

E. For such other and further relief as this Court may deem just and proper.

Respectfully submitted,

REBECCA J. COVEY, L.L.C.
Counsel for Plaintiff
1318 Southeast 1st Avenue
Fort Lauderdale, Florida 33316
Telephone: (954) 763-4300
E-mail: RebeccaCovey@LemonAdvice.com

By: /s/ Rebecca J. Covey
_____
REBECCA J. COVEY
Florida Bar No. 471641

PO BOX 1259
Oaks, Pa 19456

**DEBT RECOVERY SOLUTIONS, LLC**

September 28, 2011

Nazira Zaidova
309 SW 13th Street
Fort Lauderdale, FL 33315-1546

900 MERCHANTS CONCOURSE, SUITE 106
WESTBURY, NEW YORK 11590-5114
(516) 228-7112   /   1-866-642-0302

Balance Due        : $427.38
Settlement Offer   : $277.80
Original Creditor  : SPRINT PCS
Account #

## AREN'T THERE ENOUGH THINGS TO WORRY ABOUT?

Some things are beyond our control. The trick is to focus on what we CAN control - - and then do something about it.

If you think you can just close your eyes to this debt and simply ignore it - - we strongly urge you to think again. Since sooner or later, it matters.

There is no better time than today to take advantage of an opportunity to do the right thing and bring closure to this obligation that simply won't go away. And, as an incentive to move forward, we will continue our previous settlement offer to help you close the book on this longstanding debt. You can take control of this debt and save $149.58 off the balance due if we receive your payment by 10/19/11.

Don't let indecision stand in your way of putting closure to something you really can and should control.

John Donnell, Recovery Specialist  (866) 642-0302
(MON-THUR 9:30AM - 8:00PM, FRI 9:30AM - 3:30PM, and SAT 9:30AM-1:30PM)

ACA INTERNATIONAL
The Association of Credit and Collection Professionals

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

**NOTICE: See Reverse Side for Important Information.**

---------- Detach and Return with Payment ----------

☐ Please check here if there is a new phone number or address and provide the information on the reverse side.

Statement Of Account

Payment options are available at our website - www.dbtsolutions.com

| CARD # | | EXPIRATION DATE |
| CARDHOLDER NAME | | AMOUNT $ |
| BILLING ADDRESS | | |

Balance Due        : $427.38
Settlement Amount  : $277.80
Original Creditor  : SPRINT PCS
Account #

← If you wish to pay by Visa or MC complete this information

DEBT RECOVERY SOLUTIONS, LLC
P.O. BOX 9001
WESTBURY, NEW YORK  11!

Nazira Zaidova
309 SW 13th Street
Fort Lauderdale, FL 33315-1546



PLAINTIFF'S
EXHIBIT
I



PO BOX 1259
Oaks, Pa 19456



**DEBT RECOVERY SOLUTIONS, LLC**

May 08, 2012

Nazira Zaidova
309 SW 13th Street
Fort Lauderdale, FL  33315-1546

900 MERCHANTS CONCOURSE, SUITE LL - 11
WESTBURY, NEW YORK 11590-5114
(516) 228-7110    /    1-866-642-0302

Balance Due        : 427.38
Settlement Offer   : $320.54
Original Creditor  : SPRINT PCS
Account #          :

## MAYBE THIS WILL HELP

If the balance is too high...we'll lower it!

If you want settlement options...we'll offer them to you!

If you don't have the money right now...we'll let you pay it over time!

**WE ARE GOING TO LOWER THE BALANCE AND LET YOU PAY IT OVER TIME!!!**

We are willing to accept the settlement sum of $320.54 AND allow you to pay this amount in 3 monthly installments:

| 1st payment: $106.84 by 05/23/12 | 2nd payment: $106.84 by 06/22/12 | 3rd payment: $106.84 by 07/22/12 |
|---|---|---|

**THAT'S RIGHT**....simply send your payments by the due dates and this account will be considered **SETTLED** and **CLOSED** by our office.

For your convenience, you can also pay your account via our secure website at www.dbtsolutions.com.

John Donnell, Recovery Specialist
1-866-642-0302
(MON-THUR 9:30AM - 8:00PM, FRI 9:30AM - 3:30PM, and SAT 9:30AM-1:30PM)

ACA
INTERNATIONAL
The Association of Credit
and Collection Professionals

This is an attempt to collect a debt and any information obtained will be used for that purpose.  This communication is from a debt collector.

**NOTICE: See Reverse Side for Important Information.**

-------- Detach and Return with Payment --------

☐ Please check here if there is a new phone number or address and provide the information on the reverse side.

Statement Of Account

| CARD # | | | | | | | | | | EXPIRATION DATE / |
|---|---|---|---|---|---|---|---|---|---|---|
| CARDHOLDER NAME | | | | | | | | | | AMOUNT $ |
| BILLING ADDRESS | | | | | | | | | | |

☐ Please (✓) to charge my Visa/MC monthly for this amount.

Nazira Zaidova
309 SW 13th Street
Fort Lauderdale, FL  33315-1546

Balance Due        : 427.38
Settlement Offer   : $320.54
Original Creditor  : SPRINT PCS
Account #          :

◀ If you wish to pay by Visa or MC complete this information

DEBT RECOVERY SOLUTIONS, LLC
P.O. BOX 9001
WESTBURY, NEW YORK  115

**PLAINTIFF'S EXHIBIT**
2



PO BOX 1259
Oaks, Pa 19456

 DEBT RECOVERY SOLUTIONS, LLC

July 26, 2012

Nazira Zaidova
309 SW 13th Street
Fort Lauderdale, FL  33315-1546

900 MERCHANTS CONCOURSE, SUITE LL - 11
WESTBURY, NEW YORK 11590-5114
(516) 228-7110   /   1-800-807-4109

Balance Due         : $427.38
Settlement Amount   : $277.80
Original Creditor   : SPRINT PCS
Account No.

## NO MORE WORDS ARE NECESSARY
### WE'LL LET THE NUMBERS SPEAK FOR THEMSELVES ...

YOU OWE:              $427.38

OUR SETTLMENT OFFER:  $277.80

YOU ARE SAVING:       $149.58    **WOW!!!**

This unprecedented offer will expire on 08/11/12.

If you accept this generous offer we will advise any credit grantor that may inquire that this account has been settled and no further balance is due.

For your convenience, you can make a payment or update your account with previously filed bankruptcy, deceased or CCCS information, by visiting our website at www.dbtsolutions.com.

John Donnell, Recovery Specialist     (866) 642-0302
(MON-THUR 9:30AM - 8:00PM, FRI 9:30AM - 3:30PM, and SAT 9:30AM-1:30PM)

As required by law, you are hereby notified that a negative credit report reflecting on your credit record has been submitted to a credit reporting agency because you have failed to fulfill the terms of your credit obligations. This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

ACA
INTERNATIONAL
The Association of Credit
and Collection Professionals

**NOTICE: See Reverse Side for Important Information.**

------- Detach and Return with Payment -------

☐ Please check here if there is a new phone number or address and provide the information on the reverse side.

Statement Of Account

| CARD # | | EXPIRATION DATE / |
|---|---|---|
| CARDHOLDER NAME | | AMOUNT $ |
| BILLING ADDRESS | | |

Balance Due         : $427.38
Settlement Amount   : $277.80
Original Creditor   : SPRINT PCS
Account No.

← If you wish to pay by Visa or MC complete this information

DEBT RECOVERY SOLUTIONS, LLC
P.O. BOX 9001
WESTBURY, NEW YORK  11590

Nazira Zaidova
309 SW 13th Street
Fort Lauderdale, FL  33315-1546

PLAINTIFF'S
EXHIBIT
3



PO BOX 1259
Oaks, Pa 19456

 **DEBT RECOVERY SOLUTIONS, LLC**

September 07, 2012

Nazira Zaidova
309 SW 13th Street
Fort Lauderdale, FL 33315-1546

900 MERCHANTS CONCOURSE, SUITE LL - 11
WESTBURY, NEW YORK 11590-5114
(516) 228-7110   /   1-866-642-0302

Balance Due       : $427.38
Settlement Amount : $277.80
Original Creditor : SPRINT PCS
Account No.

## – OFFER EXTENDED –

### NO MORE WORDS ARE NECESSARY
### WE'LL LET THE NUMBERS SPEAK FOR THEMSELVES...

**YOU OWE:**              $427.38
**OUR SETTLMENT OFFER:**  $277.80      **WOW!!!**
**YOU ARE SAVING:**       $149.58

This unprecedented offer has been **EXTENDED** until 09/23/12.

If you accept this generous offer we will advise the major credit reporting agencies and any credit grantor that may inquire that this account has been settled and no further balance is due.

For your convenience, you can also pay your account via our secure website at: www.dbtsolutions.com.
John Donnell, Recovery Specialist (Mon-Thur 9:30 A.M.-9:00 P.M., Fri 9:30 A.M.-3:30 P.M. & Sat 9:00 A.M.-3:30 P.M. EST) 1-866-642-0302

**ACA INTERNATIONAL**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

**NOTICE: See Reverse Side for Important Information.**

---------- Detach and Return with Payment ----------

☐ Please check here if there is a new phone number or address and provide the information on the reverse side.

Statement Of Account

| CARD # | | EXPIRATION DATE |
| CARDHOLDER NAME | | AMOUNT $ |
| BILLING ADDRESS | | |

Total Balance Due   : $427.38
Settlement Amount   : $277.80
Original Creditor   : SPRINT PCS
Account No.

☐ Please (✓) to charge my Visa/MC monthly for this amount.

Nazira Zaidova
309 SW 13th Street
Fort Lauderdale, FL 33315-1346

← If you wish to pay by Visa or MC complete this information

DEBT RECOVERY SOLUTIONS, LLC
P.O. BOX 9001
WESTBURY, NEW YORK 11590-9001

**PLAINTIFF'S EXHIBIT**

4



EXA - 108